UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JAMES COURY :
   Plaintiff, :
 : 
V. :   C.A. No. _____
 :
FAIRFIELD PROPERTIES LP :
   Defendant. :

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant, Fairfield Properties LP ("Defendant"), by its attorneys, Nixon Peabody LLP, hereby removes the above-captioned action to the United States District Court for the District of Connecticut, and respectfully states as follows:

1. This action is removable pursuant to 28 U.S.C. §§ 1332 and 1441(a) and (b), on the ground that this Court has original diversity jurisdiction.

2. On or about April 2, 2013, the Defendant was served with a Complaint and Summons in the action entitled James Coury v. Fairfield Properties LP, Docket No. NNH-CV13-6037895-S commenced in the Superior Court of the State of Connecticut, Judicial District of New Haven at New Haven.

3. Pursuant to 28 U.S.C. § 1446(a), Defendant attaches hereto as Exhibit "A", the state court Summons, Complaint and Claim for Relief. These documents constitute all "processes, pleadings and orders" served upon Defendant in this action to date. There are no pending motions in the state court action.

4. Upon information and belief, at the time of commencement of this action, Plaintiff James Coury was a resident of the State of Connecticut.

14432694.1

5.      At the time of commencement of this action, Defendant Fairfield Properties LP[1] was incorporated under the laws of the State of Delaware with a principal place of business in San Diego, California.

6.      The Complaint alleges, inter alia, violations of sections 31-51m and 31-51q the General Statutes of Connecticut. Plaintiff has demanded a judgment of monetary damages, compensatory damages, punitive damages, damages for emotional and psychological distress, stress, anxiety and loss of ability to enjoy life's pleasures and activities, costs, and attorneys' fees against Defendant. It is Defendant's understanding that the amount in controversy exceeds $75,000.00.

7.      This Notice of Removal is being filed within 30 days after receipt by Defendant of notice of this action, and is therefore timely filed pursuant to 28 U.S.C. § 1446(d).

8.      This Court has original diversity jurisdiction of this action, and the action is therefore removable pursuant to 28 U.S.C. §1441.

9.      Pursuant to 28 U.S. C. § 1446(d), written notice of the filing of this Notice of Removal will be served promptly upon Plaintiff and, together with a copy of the Notice of Removal, will be filed with the Clerk of the Superior Court of the State of Connecticut, Judicial District of New Haven at New Haven.

10.     Defendant expressly reserves any and all defenses which may be available to it in this action.

WHEREFORE, Defendant prays that this action proceed in this Court as an action properly removed thereto.

---

[1] There is no legal entity named Fairfield Properties LP. Without waiving any defenses, the correct legal name of Plaintiff's former employer is FF Properties L.P.

Respectfully submitted,

FAIRFIELD PROPERTIES LP

By its Attorneys,


/s/ Stacie Boeniger Collier
Stacie B. Collier (#18895)
NIXON PEABODY LLP
One Citizens Plaza, Ste. 500
Providence, RI  02903
(401) 454-1000
(401) 454-1030 (Fax)
sbcollier@nixonpeabody.com


Dated:  May 1, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2013, a copy of the foregoing Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


/s/ Stacie Boeniger Collier